IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | 8:91CR3035 | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| RAYMOND PEERY, | ) | ORDER | |
| | ) | | |
| Defendant, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| HARRE CONSTRUCTION, | ) | | |
| | ) | | |
| Garnishee. | ) | | |

This matter is before the Court on plaintiff's withdrawal of writ of continuing garnishment (Filing No. 139). For good cause shown,

IT IS ORDERED that the writ of continuing garnishment is withdrawn.

DATED this 11th day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court